*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 12, 2015                520664
_____

In the Matter of JONATHAN
    MILLS,
                        Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

LIEUTENANT SHUMAKER, as Hearing
    Officer at Southport
    Correctional Facility,
    et al.,
                        Respondents.
_____


Calendar Date:   September 22, 2015

Before:   Peters, P.J., Egan Jr., Rose and Devine, JJ.

                    _____


        Jonathan Mills, Ossining, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating
certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Egan Jr., Rose and Devine, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court